## IN THE UNITED STATES DISTRICT
## COURT FOR THE SOUTHERN DISTRICT
## OF IOWA CENTRAL DIVISION

| | |
|---|---|
| JIMMY ALLEN QUICK,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, AUSTIN VANMANEN, individually and in their official capacities with the Newton Police Department,<br><br>          Defendants. | Case No.   4:23-cv-258<br><br>**LOCAL RULE 81 STATEMENT**<br><br><br><br><br><br>Removed from the District Court for Jasper County, Iowa, No. LACV123246 |

As required by Local Rule 81, Defendants City of Newton, Rob Burdess, Nathan Winters, and Austin VanManen ("Defendants"), provide the following information to the Court:

1.     Copies of all process, pleadings, and orders filed with the Iowa District Court for Jasper County in this action are attached. *See* LR 81(a)(1).

2.     No motions are pending before the Iowa District Court for Jasper County in this action. *See* LR 81(a)(2).

3.     The attorneys appearing on behalf of Plaintiff Jimmy Allen Quick in this action before the Iowa District Court for Jasper County are:

> Matthew M. Boles (AT0001037)
> Adam C. Witosky (AT0010436)
> GRIBBLE, BOLES, STEWART & WITOSKY LAW
> 2015 Grand Avenue, Suite 200
> Des Moines, Iowa 50312
> Telephone: (515) 235-0551
> Facsimile (515) 234-3696
> Email: mboles@gbswlaw.com
>           awitosky@gbswlaw.com

**EXHIBIT A**

4.      The attorney that accepted service of process on behalf of Defendants in this action

before the Iowa District Court for Jasper County is:

Erin M. Clanton (AT0002592)
BRICK GENTRY P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Phone: (515) 274-1450
Fax: (515) 274-1488
erin.clanton@brickgentrylaw.com

                                  Respectfully submitted,

                                  /s/Nicholas F. Miller
                                  Nicholas F. Miller (AT0015361)
                                  Matthew S. Brick (AT0001081)
                                  Erin M. Clanton (AT0002592)
                                  BRICK GENTRY P.C.
                                  6701 Westown Parkway, Suite 100
                                  West Des Moines, IA 50266
                                  Phone: (515) 446-3441
                                  Fax: (515) 274-1488
                                  nick.miller@brickgentrylaw.com
                                  matt.brick@brickgentrylaw.com
                                  erin.clanton@brickgentrylaw.com

                                  ATTORNEYS FOR DEFENDANTS, City
                                  of Newton, Rob Burdess, Nathan Winters,
                                  and Austin Vanmanen

**<u>Certificate of Service</u>**

I certify that on July 24, 2023, I electronically filed the above Local Rule 81 Statement, with the Clerk of Court using the CM/ECF system, which will send notice of the filing to counsel of record for all parties.

I further certify that on July 24, 2023, I electronically filed the above Local Rule 81 Statement with the Clerk of the Iowa District Court for Jasper County using Iowa's EDMS electronic filing system, which will send notice of the filing to counsel of record for all parties as follows:

> Matthew M. Boles (AT0001037)
> Adam C. Witosky (AT0010436)
> GRIBBLE, BOLES, STEWART & WITOSKY LAW
> 2015 Grand Avenue, Suite 200
> Des Moines, Iowa 50312
> Telephone: (515) 235-0551
> Facsimile (515) 234-3696
> Email: mboles@gbswlaw.com
>         awitosky@gbswlaw.com
> ATTORNEYS FOR PLAINTIFF,
> Jimmy Allen Quick

I further certify that on July 24, 2023, I served a copy of this Local Rule 81 Statement and via U.S. Mail, postage prepaid, as follows:

> Matthew M. Boles (AT0001037)
> Adam C. Witosky (AT0010436)
> GRIBBLE, BOLES, STEWART & WITOSKY LAW
> 2015 Grand Avenue, Suite 200
> Des Moines, Iowa 50312
> Telephone: (515) 235-0551
> Facsimile (515) 234-3696
> Email: mboles@gbswlaw.com
>         awitosky@gbswlaw.com
> ATTORNEYS FOR PLAINTIFF,
> Jimmy Allen Quick

/s/*Nicholas F. Miller*



# IOWA JUDICIAL BRANCH
### Administering Justice under the law equally to all persons.

## ELECTRONIC FILING

## Case Number: LACV123246    Case Title: QUICK V. CITY OF NEWTON, IA ET AL

Opened: 06-06-2023
County: Jasper
Case Type: PI - OTHER NEGLIGENCE        Judge:
Prayer Amount: $.00

⊞  Show/Hide Participants

| File Date | Docket # | Case History |
|---|---|---|
| 07-19-2023 09:42:00 AM Plaintiff | D0006 | ACCEPTANCE OF SERVICE<br>Filed by: MATTHEW M BOLES |
| 06-06-2023 11:11:00 AM Plaintiff | D0003 | Petition Filed: PETITION<br>AND JURY DEMAND<br>Filed by: MATTHEW M BOLES |
| 06-06-2023 11:11:00 AM Plaintiff | D0002 | CIVIL ORIGINAL NOTICE<br>ON CITY OF NEWTON<br>Filed by: MATTHEW M BOLES |
| 06-06-2023 11:11:00 AM Plaintiff | D0004 | CIVIL ORIGINAL NOTICE<br>ON BURDESS<br>Filed by: MATTHEW M BOLES |
| 06-06-2023 11:11:00 AM Plaintiff | D0005 | CIVIL ORIGINAL NOTICE<br>ON WINTERS<br>Filed by: MATTHEW M BOLES |
| 06-06-2023 11:11:00 AM Plaintiff | D0001 | CIVIL ORIGINAL NOTICE<br>ON VANMANEN<br>Filed by: MATTHEW M BOLES |

E-FILED  2023 JUN 06 11:11 AM JASPER - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| **JIMMY ALLEN QUICK,** <br>          **Plaintiff,** <br> **vs.** <br><br> **CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, AUSTIN VANMANEN, individually and in their official capacities with the Newton Police Department,** <br><br>       **Defendants.** | **CASE NO. _____** <br><br><br> **ORIGINAL NOTICE** |

**TO DEFENDANT:**       **CITY OF NEWTON, IOWA**

You are notified that a Petition and Jury Demand has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice. Plaintiff's attorneys are **Matthew M. Boles and Adam C. Witosky of Gribble Boles Stewart & Witosky Law, 2015 Grand Avenue, Ste. 200, Des Moines, IA 50312; (515) 235-0551, fax (515) 243-3696.**

This Petition was filed on June 6, 2023.

**This case has been filed in a county that uses electronic filing.** Therefore, unless the attached Petition contains a hearing date for your appearance, you must electronically file a motion or answer within twenty (20) days after service of this Original Notice upon you. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16, pertaining to the use of the electronic document management system. For court rules on protection of personal privacy in court filings, refer to Division VI of Iowa Court Rules Chapter 16.

NOTE: The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

E-FILED  2023 JUN 06 11:58 AM JASPER - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*  **LACV123246**
*County*  **Jasper**

*Case Title*  QUICK V. CITY OF NEWTON, IA ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **06/06/2023 11:58:17 AM**



*District Clerk of Court or/by Clerk's Designee of*  Jasper         *County*
**/s/ Karen Shields**

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| **JIMMY ALLEN QUICK,**<br>　　　　　**Plaintiff,**<br>**vs.**<br><br>**CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, AUSTIN VANMANEN, individually and in their official capacities with the Newton Police Department,**<br><br>　　　　**Defendants.** | **CASE NO. _____**<br><br><br>**ORIGINAL NOTICE** |

**TO DEFENDANT:　　NATHAN WINTERS**

You are notified that a Petition and Jury Demand has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiff's attorneys are **Matthew M. Boles and Adam C. Witosky of Gribble Boles Stewart & Witosky Law, 2015 Grand Avenue, Ste. 200, Des Moines, IA 50312; (515) 235-0551, fax (515) 243-3696.**

This Petition was filed on June 6, 2023.

**This case has been filed in a county that uses electronic filing.** Therefore, unless the attached Petition contains a hearing date for your appearance, you must electronically file a motion or answer within twenty (20) days after service of this Original Notice upon you. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16, pertaining to the use of the electronic document management system. For court rules on protection of personal privacy in court filings, refer to Division VI of Iowa Court Rules Chapter 16.

NOTE: The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394.  If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

E-FILED  2023 JUN 06 11:58 AM JASPER - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*   **LACV123246**

*County*   **Jasper**

*Case Title*   QUICK V. CITY OF NEWTON, IA ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **06/06/2023 11:58:17 AM**



*District Clerk of Court or/by Clerk's Designee of* Jasper          *County*
**/s/ Karen Shields**

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| JIMMY ALLEN QUICK,<br><br>    **Plaintiff,**<br><br>vs.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, AUSTIN VANMANEN, individually and in their official capacities with the Newton Police Department,<br><br>    **Defendants.** | CASE NO. _____<br><br><br>ORIGINAL NOTICE |

**TO DEFENDANT:**  **AUSTIN VANMANEN**

You are notified that a Petition and Jury Demand has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice. Plaintiff's attorneys are **Matthew M. Boles and Adam C. Witosky of Gribble Boles Stewart & Witosky Law, 2015 Grand Avenue, Ste. 200, Des Moines, IA 50312; (515) 235-0551, fax (515) 243-3696.**

This Petition was filed on June 6, 2023.

**This case has been filed in a county that uses electronic filing.** Therefore, unless the attached Petition contains a hearing date for your appearance, you must electronically file a motion or answer within twenty (20) days after service of this Original Notice upon you. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16, pertaining to the use of the electronic document management system. For court rules on protection of personal privacy in court filings, refer to Division VI of Iowa Court Rules Chapter 16.

NOTE: The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

E-FILED 2023 JUN 06 11:11 AM JASPER - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| JIMMY ALLEN QUICK,<br><br>          **Plaintiff,**<br><br>vs.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, AUSTIN VANMANEN, **individually and in their official capacities with the Newton Police Department,**<br><br>          **Defendants.** | CASE NO. _____<br><br><br>ORIGINAL NOTICE |

**TO DEFENDANT: ROB BURDESS**

You are notified that a Petition and Jury Demand has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice. Plaintiff's attorneys are **Matthew M. Boles and Adam C. Witosky of Gribble Boles Stewart & Witosky Law, 2015 Grand Avenue, Ste. 200, Des Moines, IA 50312; (515) 235-0551, fax (515) 243-3696.**

This Petition was filed on June 6, 2023.

**This case has been filed in a county that uses electronic filing.** Therefore, unless the attached Petition contains a hearing date for your appearance, you must electronically file a motion or answer within twenty (20) days after service of this Original Notice upon you. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. For general rules and information on electronic filing, refer to the Iowa Court Rules Chapter 16, pertaining to the use of the electronic document management system. For court rules on protection of personal privacy in court filings, refer to Division VI of Iowa Court Rules Chapter 16.

NOTE: The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

# Iowa Judicial Branch

**Case No.** **LACV123246**

*County* **Jasper**

*Case Title* QUICK V. CITY OF NEWTON, IA ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued* **06/06/2023 11:58:17 AM**



*District Clerk of Court or/by Clerk's Designee of* Jasper          *County*

**/s/ Karen Shields**

E-FILED  2023 JUN 06 11:58 AM JASPER - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

**Case No.** **LACV123246**

**County** **Jasper**

*Case Title* QUICK V. CITY OF NEWTON, IA ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued* **06/06/2023 11:58:17 AM**



*District Clerk of Court or/by Clerk's Designee of* Jasper         *County*

**/s/ Karen Shields**

E-FILED 2023 JUN 06 11:11 AM JASPER - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| JIMMY ALLEN QUICK,<br><br>          **Plaintiff,**<br><br>vs.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, AUSTIN VANMANEN, individually and in their official capacities with the Newton Police Department,<br><br>          **Defendants.** | CASE NO. _____<br><br><br>PETITION AT LAW and JURY DEMAND |

**COMES NOW**, the Plaintiff, and for his Petition at Law and Jury Demand states:

1. Plaintiff Jimmy Quick is a citizen and resident of Iowa at all times relevant to the events complained of herein.

2. Defendant City of Newton, Iowa (hereinafter "City") is a municipal corporation organized and authorized to operate under the laws of Iowa and is located at 101 West 4th Street South, Newton, Jasper County, Iowa 50208. Defendant City is responsible for maintaining and operating the Newton Police Department.

3. Defendant Chief Rob Burdess is believed to be a citizen and resident of Iowa and was serving as the Chief of Police for the Newton Police Department at all times relevant to the events complained of herein.

4. Defendant Nathan Winters is believed to be a citizen and resident of Iowa and was serving as a police officer for the City of Newton Police Department at all times relevant to the events complained of herein.

5. Defendant Austin VanManen is believed to be a citizen and resident of

Iowa and was serving as a police officer for the City of Newton Police Department at all times relevant to the events complained of herein.

## JURISDICTION AND VENUE

6.     Jurisdiction of the District Court is proper under Iowa Code §602.6101.

7.     All events, actions, injuries, and damages referenced in this Petition occurred in Jasper County, therefore venue is proper under Iowa Code §616.18.

## GENERAL FACTUAL ALLEGATIONS

8.     Plaintiff repleads each preceding paragraph as if fully set forth herein.

9.     On June 7, 2021, Jimmy was arrested by Officers Nathan Winters and Austin VanManen at or near the Kwikstar located at 1910 1st Ave E in Newton, Iowa.

10.     Police had been contacted as Jimmy appeared sick and to be having a medical issue.

11.     Jimmy was having an adverse and extreme reaction to medication that had been properly administered by a medical professional.

12.     Jimmy also has mobility issues and uses a cane.

13.     Officers Winters and VanManen responded to the Kwikstar and located Jimmy.

14.     Officers Winters and VanManen proceeded to put Jimmy through field sobriety tests despite Jimmy advising them of his mobility issues and underlying injuries.

15.     Jimmy submitted to a PBT which indicated a blood alcohol content of 0.00%.

E-FILED 2023 JUN 06 11:11 AM JASPER - CLERK OF DISTRICT COURT

16.     Jimmy informed Officers Winters and VanManen he had recently been administered medication.

17.     Officers Winters and VanManen had reason to know Jimmy's condition was due to the medication he had been administered.

18.     Officers Winters and VanManen arrested Jimmy for Operating While Intoxicated, First Offense despite this knowledge.

## CAUSES OF ACTION

### COUNT I
**CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983**
**VIOLATION OF FOURTH AMENDMENT TO THE**
**UNITED STATES CONSTITUTION**
***Right to be Free from Arrest without Probable Cause***
**(Against Nathan Winters and Austin VanManen, individually)**

8.     Plaintiff repleads each preceding paragraph as if fully set forth herein.

9.     Defendants Nathan Winters and Austin VanManen are individuals for a Section 1983 action for damages.

10.     At all times material hereto, Officer Winters' actions and/or omissions were made under the color of authority and law as an officer for the Newton Police Department.

11.     At all times material hereto, Officer VanManen's actions and/or omissions were made under the color of authority and law as an officer for the Newton Police Department.

12.     On August 28, 2022, Officers Winters and VanManen violated Jimmy's constitutional rights by detaining and arresting Jimmy without probable cause to believe a criminal offense had been committed.

13.     Based upon the facts known to Officers Winters and VanManen, no reasonable officer could believe probable cause existed to arrest Jimmy.

14.     Officers Winters and VanManen violated Jimmy's clearly established Fourth Amendment Right under the United States Constitution to be free from unlawful arrest.

15.     On June 7, 2021, the law was clearly established a warrantless arrest made without probable cause violated the Fourth Amendment of the United States Constitution.

16.     Officers Winters and VanManen demonstrated deliberate indifference to and/or reckless disregard for Jimmy's civil and constitutional rights by their unlawful arrest of Jimmy.

17.     Officers Winters and VanManen's actions were willful, wanton, unlawful, and in gross disregard of Jimmy's civil rights, justifying an award of punitive damages.

18.     As a direct and proximate result of Officers Winters and VanManen's illegal and unjustified conduct, Jimmy was injured and is entitled to recover for what he has suffered in the past and will suffer in the future suffer, including:

    a.  Deprivation of his constitutional rights;

    b.  Humiliation, degradation, public ridicule, loss of personal reputation, and emotional distress;

    c.  Actual and Compensatory Damages including, but not limited to past, present, and future pain and suffering and medical expenses;

    d.  Punitive damages;

    e. All expenses associated with the prosecution of the instant action, including, but not limited to, court costs, anticipated discovery expenses, anticipated expert expenses, and the maximum legally allowable judgment interest; and

    f. Any other expenses allowed by federal or state law, including but not limited to reasonable attorney's fees and costs under 42 U.S.C. §1988.

**WHEREFORE**, Plaintiff Jimmy Allen Quick prays for Judgment against the Defendants Nathan Winters and Austin VanManen as follows:

    a. Actual, Compensatory, Consequential, and all other allowable damages against Defendants in an amount yet to be determined;

    b. Compensation for violation of his constitutional rights, pain, suffering, mental anguish, and humiliation;

    c. Plaintiff's costs in this action, including reasonable attorney fees and costs under 42 U.S.C. § 1988;

    d. Punitive damages; and

    e. Such relief as the Court deems just and equitable.

### COUNT II
### CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983
### VIOLATION OF FOURTH AMENDMENT TO THE
### UNITED STATES CONSTITUTION
### _Monell Liability for Arrest without Probable Cause_
### (*Against Defendants Rob Burdess, individually, and City of Newton*)

19.    Plaintiff repleads each preceding paragraph as if fully set forth herein.

20.    Defendants Rob Burdess and City of Newton are persons for a Section 1983 action for damages.

21.    At all times material hereto, Chief Burdess' actions and/or omissions were made under the color of authority as the Chief of Police for the Defendant City.

E-FILED 2023 JUN 06 11:11 AM JASPER - CLERK OF DISTRICT COURT

22.     As Chief, Chief Burdess is responsible for supervising and training the law enforcement officers of the Newton Police Department, as well as implementing and enforcing the City's policies.

23.     Chief Burdess and City failed to establish and/or maintain, and/or enforce official city and/or county policies, patterns, practices, or customs for determining when probable cause exists to arrest for operating while intoxicated.

24.     Before the events described *supra*, Chief Burdess and City deliberately and with reckless disregard for the constitutional rights of its citizens failed to establish an adequate policy and procedure for training and supervising officers within the department relating to when probable cause exists to arrest for operating while intoxicated, particularly as it relates to adverse reactions to medications which had been properly administered.

25.     The customs and practices of Chief Burdess and City involve the failure to initiate policies to ensure arrests are performed only where a warrant was issued or where probable cause exists to believe a criminal offense has been committed.

26.     The customs and practices of the Newton Police Department either permitted officers who did not know how to properly perform or assess field tests, or who incorrectly performed or assessed field tests, to conduct arrests based on the bad information developed from those tests.

27.      The customs and practices of the Newton Police Department either permitted officers to conduct field testing as above in the presence of ranking and supervising officers without fear of correction or reprimand for how the tests were

performed and assessed.

28.     The acts and/or omissions of Chief Burdess and City regarding law enforcement and citizen interactions amounted to deliberate indifference to the rights and safety of citizens, including Jimmy.

29.     The actions and/or omissions of Chief Burdess and City intruded upon Jimmy's right to be free from arrest in the absence of probable cause.

30.     The failure of Chief Burdess and City to implement effective policies, patterns, practices, and/or customs was a moving force behind, and effectively caused, Defendants Winters and VanManen to violate Jimmy's constitutional rights.

31.     On June 7, 2021, the law clearly established municipal officers and municipalities could be liable for another municipal officer's warrantless arrest made without probable cause which violated the Fourth Amendment of the United States Constitution.

32.     Chief Burdess and City's actions were willful, wanton, unlawful, and in gross disregard of Jimmy's civil rights, justifying an award of punitive damages.

33.     The actions and/or omissions of Chief Burdess and the City of Newton intruded upon Jimmy's clearly established constitutional right to be free from arrest without probable cause under the Fourth Amendment.

34.     As a direct and proximate result of Chief Burdess' and City's illegal and unjustified conduct, Jimmy was injured and is entitled to recover for what he has suffered in the past and will suffer in the future suffer, including:

    a.   Deprivation of his constitutional rights;

b.  Humiliation, degradation, public ridicule, loss of personal reputation, and emotional distress;

c.  Actual and Compensatory Damages including, but not limited to past, present, and future pain and suffering and medical expenses;

d.  Punitive damages;

e.  All expenses associated with the prosecution of the instant action, including, but not limited to, court costs, anticipated discovery expenses, anticipated expert expenses, and the maximum legally allowable judgment interest; and

f.  Any other expenses allowed by federal or state law, including but not limited to reasonable attorney's fees and costs under 42 U.S.C. §1988.

**WHEREFORE**, Plaintiff Jimmy Allen Quick prays for Judgment against the Defendants Chief Rob Burdess and City of Newton as follows:

a.  Actual, Compensatory, Consequential, and all other allowable damages against Defendants in an amount yet to be determined;

b.  Compensation for violation of his constitutional rights, pain, suffering, mental anguish, and humiliation;

c.  Plaintiff's costs in this action, including reasonable attorney fees and costs under 42 U.S.C. § 1988;

d.  Punitive damages; and

e.  Such relief as the Court deems just and equitable.

## COUNT III
## FALSE ARREST

***(Against Nathan Winters and Austin VanManen,
individually and in their official capacities)***

35.    Plaintiff repleads each preceding paragraph as if fully set forth herein.

36.    On June 7, 2021, Jimmy was detained and arrested against his will.

37.    Jimmy was wrongfully detained by Officers Winters and VanManen.

38.    The detention and restraint by Officers Winters and VanManen were the cause of Jimmy's damages.

39.    Officers Winters and VanManen's detention and restraint of Jimmy was without probable cause violating Jimmy's clearly established rights.

40.    Based upon the facts known to Officers Winters and VanManen, no reasonable officer would believe probable cause existed to arrest Jimmy.

41.    Officers Winters and VanManen acted with malice in the detention and restraint of Jimmy.

42.    On June 7, 2021, false arrest was clearly established as a common law tort for which municipal officers could be held liable.

43.    Officers Winters and VanManen's actions were willful, wanton, unlawful, and in gross disregard of Jimmy's rights and reputation, justifying an award of punitive damages.

44.    Plaintiff hereby requests reasonable attorney fees and costs associated with prosecuting this action as Defendants' behavior was oppressive, conniving, harsh, cruel, and/or tyrannical.

**WHEREFORE**, the Plaintiff, Jimmy Allen Quick, respectfully requests judgment against Defendants Nathan Winters and Austin VanManen in an amount

E-FILED  2023 JUN 06 11:11 AM JASPER - CLERK OF DISTRICT COURT

which fully and fairly compensates him for his mental, and emotional injuries and damages, compensatory and punitive damages, for interest and costs as allowed by law, and such other relief as may be just under the circumstances.

**COUNT IV**
**NEGLIGENT SUPERVISION AND TRAINING**
(***Against Defendants Rob Burdess, individually, and City of Newton***)

45.     Plaintiff repleads each preceding paragraph as if fully set forth herein.

46.     Defendants Chief Burdess and City were the employers and/or supervising officers of Officer Winters.

47.     As the employer, Defendants must exercise reasonable care in the hiring, retention, and supervision of individuals who, because of their employment, may pose a threat of injury to members of the public.

48.     Defendants breached their duty in the negligent and reckless supervision and training of Officers Winters and VanManen as it relates to their making false arrests in their role as law enforcement officers for the City of Newton.

49.     Defendants knew, or in the exercise of ordinary care should have known, of the incompetence, unfitness, and dangerous characteristics of Officers Winters and VanManen.

50.     The incompetence, unfitness, and dangerous characteristics of Officers Winters and VanManen were a cause of damages to Plaintiff.

51.     On June 7, 2021, negligent training and supervision was clearly established as a common law tort for which municipal officers and municipalities could be held liable.

E-FILED 2023 JUN 06 11:11 AM JASPER - CLERK OF DISTRICT COURT

52.     The Defendants' negligence was a proximate cause of Plaintiff's injuries.

**WHEREFORE**, the Plaintiff, Jimmy Allen Quick, respectfully requests judgment against Defendants Rob Burdess and City of Newton in an amount which fully and fairly compensates him for his mental, and emotional injuries and damages, compensatory damages, for interest and costs as allowed by law, and such other relief as may be just under the circumstances.

## COUNT V
## RESPONDEAT SUPERIOR
### (*Against Defendant City of Newton*)

53.     Plaintiff repleads each preceding paragraph as if fully set forth herein.

54.     At all times material hereto, an employer-employee relationship existed between the City of Newton, as the employer, and Officers Winters and VanManen as employees.

55.     At all times material hereto, Officers Winters and VanManen were acting within the scope of their employment with the City of Newton.

56.     Under the doctrine of respondeat superior, City is liable for the aforementioned conduct and/or omissions of Officers Winters and VanManen.

57.     On June 7, 2021, respondeat superior was clearly established as a common law tort for which municipal officers and municipalities could be held liable.

58.     As a result of the conduct and/or omissions of Defendant, Plaintiff sustained damages as previously outlined in this Petition.

**WHEREFORE**, the Plaintiff, Jimmy Allen Quick, respectfully requests judgment against Defendant City of Newton in an amount which fully and fairly

E-FILED 2023 JUN 06 11:11 AM JASPER - CLERK OF DISTRICT COURT

compensates him for his mental, and emotional injuries and damages, compensatory damages, for interest and costs as allowed by law, and such other relief as may be just under the circumstances.

## JURY DEMAND

Plaintiff hereby demands a trial by jury in this matter on all counts to which Plaintiff is entitled to a jury.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY:  */s/ Matthew M. Boles*

Matthew M. Boles                 AT0001037

BY:  */s/ Adam C. Witosky*

Adam C. Witosky                 AT0010436
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Facsimile:  (515) 243-3696
Email:     mboles@gbswlaw.com
           awitosky@gbswlaw.com
**ATTORNEYS FOR PLAINTIFF**

## IN THE IOWA DISTRICT COURT FOR JASPER COUNTY

| | |
|---|---|
| JIMMY ALLEN QUICK,<br>　　　　　Plaintiff,<br>vs.<br><br>CITY OF NEWTON, IOWA, ROB BURDESS, NATHAN WINTERS, AUSTIN VANMANEN, individually and in their official capacities with the Newton Police Department,<br><br>　　　　Defendants. | CASE NO. LACV123246<br><br>ACCEPTANCE OF SERVICE |

STATE OF IOWA　　　）
　　　　　　　　　　） SS:
COUNTY OF JASPER　）

　　　I, Erin M. Clanton, state that I am the attorney for Defendants City of Newton, Iowa, Rob Burdess, Nathan Winters and Austin VanManen and do accept service of the following documents filed in the above-referenced matter, to wit: Petition electronically filed on June 6, 2023.

　　　　　　　　　　　　BY: _Erin M. Clanton_____
　　　　　　　　　　　　　　Erin M. Clanton, AT0002592
　　　　　　　　　　　　　　Brick Gentry PC
　　　　　　　　　　　　　　6701 Westown Parkway, Suite 100
　　　　　　　　　　　　　　West Des Moines, Iowa 50266
　　　　　　　　　　　　　　Phone: 515-274-1450
　　　　　　　　　　　　　　Fax: 515-274-1488
　　　　　　　　　　　　　　Erin.Clanton@BrickGentryLaw.com
　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANTS**